## JONES *vs*. HOLLAND.

[ATTACHMENT TO RECOVER RENT.]

*Attachment; error to render judgment before maturity of debt.*—In a suit
  against a tenant to recover rent, commenced by attachment, it is error
  . to render judgment against the defendant before the rent is due.

APPEAL from the Circuit Court of Henry.
Tried before Hon. J. McCALEB WILEY.

APPELLEE commenced suit by attachment on the 18th
day of September, 1869, to recover from his tenant the
amount due for rent, which it is shown in the affidavit for
attachment was payable on the 1st day of November, 1869.
On the 21st day of October, 1869, a proper complaint hav-
ing been filed before that time, judgment by default was
rendered against defendant, the tenant of appellee. This
appeal is taken on the record, and it is now assigned as
error that the judgment was rendered before the debt was
due.

W. C. OATES, for appellant.
M. A. BELL, *contra*.

B. F. SAFFOLD. J.—The suit was commenced by at-
tachment, and was for the recovery of the rent of land
due, as stated in the affidavit, on the 1st of November, 1869.
The judgment by default was obtained October 21, 1869.

An attachment may issue to enforce the collection of a
debt not due, but the complaint is not required to be filed
until the maturity of the debt.—Rev. Code, §§ 2927, 2999.
There is no authority for rendering judgment against the
defendant until the debt is due.

The judgment is reversed and the cause remanded.

[NOTE BY REPORTER.—The opinion in this case was delivered at the
June term, 1871, and the report of it was omitted from the previous vol-
ume on account of a want of space.]